IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                          CRIMINAL ACTION NO. 5:12-cr-00172

VIVEK SHAH,

        Defendant.

**ORDER**

For reasons appearing to the Court, the Court does hereby **ORDER** that the parties, their counsel, other representatives or members of their staff, potential witnesses, including alleged victims, investigators, family members of alleged victims and of the Defendant, nor any court personnel shall make any statements of any nature, in any form, to the media or any other entity regarding the facts or substance of this case. The Court further **ORDERS** that any and all motions, discovery requests, responses and supplemental requests and responses shall be filed directly with chambers and served on the opposing party only.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, to the United States Attorney, to the United States Probation Office, and to the Office of the United States Marshal.

                                    ENTER:        August 29, 2012

                                    IRENE C. BERGER
                                    UNITED STATES DISTRICT JUDGE
                                    SOUTHERN DISTRICT OF WEST VIRGINIA