IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                CRIMINAL ACTION NO. 5:12-cr-00172

VIVEK SHAH,

        Defendant.

**ORDER**

For reasons appearing to the Court, the Court does hereby **ORDER** that access to all documents filed on CM/ECF in the above styled matter be restricted to the case participants and court personnel. However, the Court **DIRECTS** the Clerk to make the docket entry titles publically available.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, to the United States Attorney, to the United States Probation Office, and to the Office of the United States Marshal.

        ENTER:    August 30, 2012

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA